■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN L., Appellant. [36 NYS3d 920]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Margulis, J), imposed August 10, 2015, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

Contrary to the defendant's contention, the record demonstrates that he knowingly, intelligently, and voluntarily waived his right to appeal (*see People v Lopez*, 6 NY3d 248, 257 [2006]; *People v Brown*, 122 AD3d 133, 144 [2014]). The defendant's valid appeal waiver precludes review of his excessive sentence claim (*see People v Lopez*, 6 NY3d at 255). Eng, P.J., Hall, Cohen, LaSalle and Connolly, JJ., concur.